Adversary Proceeding No. 25-05009

# CERTIFICATION OF SERVICE

I, Roland S. Carlton, Jr., Esq., certify that service of this summons and a copy of this complaint was made on 10/16/2025 by:

☒ by ECF to   Brittany Falabella
2100 East Cary Street
Richmond, VA   23223

☒ Mail Service: first class United States mail, postage fully prepaid, addressed to:
Mariner Finance of Virginia, LLC
Corporation Service Company, Registered Agent
100 Schockoe Slip, Floor 2
Richmond, VA   23219-4100

☐ Personal Service: By leaving the process with the defendant or with officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:                           Signature: /s/ Roland S. Carlton, Jr
                                Print Name:   Roland S. Carlton, Jr
                                Business Address:   118 MacTanly Place
                                        Staunton, VA   24401